UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>           Plaintiff,        )<br>                             )<br> v.                          )<br>                             )<br> SHALISHA BROUGH,            )<br>                             )<br>           Defendant.        )<br> _____) | No. CR-08-137-WFN-34<br><br>ORDER FOLLOWING STATUS<br>CONFERENCE AND GRANTING<br>ORAL MOTION TO MODIFY<br>CONDITIONS OF RELEASE |

At the October 23, 2008, status conference, Defendant appeared with counsel Greg Lockwood. U.S. Probation Officer Shawn Kennicutt also was present.

Defendant requested modification of her release conditions so that she may seek employment.

**IT IS ORDERED:**

1. The Defendant's oral Motion to modify release conditions **(Ct. Rec. 511)** is **GRANTED.**

2. Defendant's release conditions are modified to the extent she may leave home to seek lawful employment with prior approval of her supervising U.S. Probation Officer.

3. A status hearing is set for **November 18, 2008, at 9:15 a.m.,** before the undersigned.

DATED October 24, 2008.

                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING STATUS CONFERENCE AND GRANTING
ORAL MOTION TO MODIFY CONDITIONS OF RELEASE - 1