PROB 12C                                                              Report Date: August 1, 2011
(7/93)

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 01 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sha'Lisha Lee Brough         Case Number: 2:08CR00137-034

Address of Offender: ███████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/14/2009

Original Offense:     Misprision of a Felony, 18 U.S.C. § 4

Original Sentence:    Prison - 191 Days;                Type of Supervision: Probation
                      Probation - 60 Months

Asst. U.S. Attorney:  Stephanie A. Van Marter           Date Supervision Commenced: 10/14/2009

Defense Attorney:     J. Gregory Lockwood               Date Supervision Expires: 10/13/2014

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 20, 2011, and to issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Ms. Brough is considered in violation of her conditions of probation by being arrested for possession of a stolen motor vehicle on July 30, 2011.<br><br>On July 30, 2011, Ms. Brough was arrested for the above-mentioned crime which is in violation of R.C.W. 9A.56.068, a class B felony in the state of Washington, punishable by a term of 10 years imprisonment, or by a fine in the amount of $20,000, or by both such imprisonment and fine. |
| 4 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: Ms. Brough is considered in violation of her conditions of probation by associating with Haley A. Smith, a convicted felon, on July 30, 2011, without the permission of the probation officer. |

Prob12C
Re:  Brough, Sha'Lisha Lee
August 1, 2011
Page 2

    According to Spokane County police report 11-232668, on July 30, 2011, Ms. Brough was arrested along with Haley A. Smith, for possession of a stolen motor vehicle. Upon questioning by the arresting officers, Ms. Brough admitted to being in the vehicle with Haley A. Smith and to being best friends.

5    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Brough is considered in violation of her conditions of probation by failing to report for mandatory drug testing on July 20, 2011.

On July 20, 2011, the undersigned officer was notified by Pioneer Human Services that Ms. Brough had failed to report for a drug test the previous day. The undersigned officer contacted Ms. Brough, by telephone, and inquired why she missed the drug test. Ms. Brough had no explanation for missing the drug test other than she "forgot."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/01/2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

/s/ Rosanna Malouf Peterson
Signature of Judicial Officer

August 1, 2011
Date