PROB 12C
(7/93)

Report Date: November 3, 2011

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 03 2011

JAMES R. LARSEN, DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shalisha Lee Brough          Case Number: 2:08CR00137-034

Last Known Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/14/2009

Original Offense: Misprision of a Felony, 18 U.S.C. § 4

Original Sentence: Prison - 191 Days; Probation - 60 Months     Type of Supervision: Probation

Asst. U.S. Attorney: Pamela J. Byerly          Date Supervision Commenced: 10/14/2009

Defense Attorney: Roger Peven          Date Supervision Expires: 10/13/2014

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/20/2011 and 8/1/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On September 22, 2011, the defendant moved into the Port of Hope Residential Reentry Center (RRC) in Coeur d'Alene, Idaho. Per a condition of the Sobriety Treatment and Education Program (STEP), she was ordered to remain there for up to 180 days.<br><br>On November 2, 2011, Ms. Brough absconded from the RRC. She failed to notify probation of any change in residence. Her current whereabouts are unknown. |
| 6 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

Prob12C
Re:  Brough, Shalisha Lee
November 3, 2011
Page 2

**Supporting Evidence**: On September 22, 2011, Ms. Brough entered into intensive outpatient treatment through Port of Hope RRC. As a result of her absconding from the RRC, she has been unsuccessfully discharged from drug treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/03/2011

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

Nov 3 2011
Date